UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| DUSTIN WILLIAM SMITH, | ) | |
| Petitioner, | ) | Civil No. 09-36-ART |
| v. | ) | |
| | ) | **JUDGMENT** |
| J.C. ZUERCHER, | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, it is

**ORDERED** and **ADJUDGED** as follows:

1) Judgment is hereby entered in favor of the Respondent, J. C. Zuercher;

2) The claims asserted by the Petitioner herein are **DISMISSED**;

3) This matter **IS STRICKEN** from the Court's active docket;

4) This is a **FINAL** and **APPEALABLE** Judgment; further, there is no just cause for delay; and

5) The Court **CERTIFIES** that any appeal would not be taken in good faith.

This the 4th day of May, 2009.



Signed By:
*Amul R. Thapar*
**United States District Judge**